**MAGNETITE CORPORATION,**
**Plaintiff–Appellant,**

v.

**VINYLEX CORPORATION,**
**Defendant–Cross**
**Appellant.**

Nos. 00–1273, 00–1298.

United States Court of Appeals, Federal Circuit.

DECIDED: May 11, 2001.

Rehearing and Rehearing en Banc June 29, 2001.

Before MICHEL and SCHALL, Circuit Judges, ARCHER, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36.